Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15955−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juliet H Leba
aka Juliet H Polkiewicz, aka Huinhtram
Leba, aka Huynh Tram Ba Le, aka
Huinhtram Polkiewicz
20 Duchess Drive
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−6991

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     3/26/20
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 8/7/2018 to 9/25/2019

COMMISSION OR FEES
Fees $3,888.00

EXPENSES
43.76

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 20, 2020
JAN:

                                                      Jeanne Naughton
                                                     Clerk

Case 18-15955-ABA    Doc 60    Filed 02/22/20    Entered 02/23/20 01:36:59    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-15955-ABA
Juliet H Leba                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2        Date Rcvd: Feb 20, 2020
                               Form ID: 137                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             +Juliet H Leba,    20 Duchess Drive,    Sicklerville, NJ 08081-5654
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                 Boca Raton, FL 33487-2853
517412666      +CCMUA,   Po Box 1105,    Bellmawr, NJ 08099-5105
517572288      +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
517412668      +GE Capital Retail Bank/Old Navy,    c/o Northland Group,    PO Box 390846,
                 Minneapolis, MN 55439-0846
517412670      +John Polkiewicz,    161 W. Central Avenue,    Moorestown, NJ 08057-2433
517412669      +John Polkiewicz,    c/o Camden County Probation Department,    161 W. Central Avenue,
                 Moorestown, NJ 08057-2433
517412671      +Laboratory Corp of America,    c/o Central Credit Services,    9550 Regency Square,    Suite 602,
                 Jacksonville, FL 32225-8116
517412672      +Law Office of Karen Amacker, Esq,    Price Professional Center,    1221 North Church Street,
                 Suite 206,    Moorestown, NJ 08057-1245
517412673      +Mr. Cooper Mortgage,    c/o RAS Citron,    130 Clinton Road,    #202,   Fairfield, NJ 07004-2927
517560509     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas, TX 75261)
517450922      +Nationstar Mortgage, LLC,    Robertson, Anschutz, & Schneid, P.L.,    6409 Congress Ave.,,
                 Suite 100,    Boca Raton, FL 33487-2853
517606817       PSE&G,   PO Box 14444,    New Brunswick NJ 08906-4444
517412678       Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
517514625      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 00:27:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 00:27:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517412665      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 00:34:37
                 Capital One Bank USA NA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
517419671      +E-mail/Text: bankruptcy@cavps.com Feb 21 2020 00:27:48      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517412667      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 21 2020 00:27:32      Comenity Bank/Hot Topic,
                 PO Box 182789,    Columbus, OH 43218-2789
517958475       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 21 2020 00:27:28      IRS,    PO Box 7346,
                 Philadelphia PA 19101-7346
517571517      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2020 00:27:38      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517412674      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 21 2020 00:27:59
                 Plymouth Rock Assurance,    c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
517412676       E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 00:34:35      SYNCB/GAP,    PO Box 965005,
                 Orlando, FL 32896-5005
517412677       E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 00:34:56      SYNCB/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517415748      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 00:34:56      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517606816     ##+New Jersey American Water,    1025 Laurel Oak Rd,    Voorhees NJ 08043-3506
517412675     ##+Rowan SOM Family Practice,    c/o Penn Credit Corporation,    916 South 14th Street,
                 Harrisburg, PA 17104-3425
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: Feb 20, 2020
                              Form ID: 137              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric Clayman     on behalf of Debtor Juliet H Leba jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Kevin M. Buttery     on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```