UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Juliet Leba
 debtor(s)

Case No.:       18-15955

Adv. No.:

Hearing Date:   4/12/22 at 10:00 AM

Judge:          Altenburg

## CERTIFICATION OF SERVICE

1. I, __Adrienne Peurifoy__ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for __Eric J Clayman__, who represents the __Debtor(s)__ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __3/22/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Application for Retention of Professional
    Certification of Professional
    Order Authorizing Retention of Professional

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __3/22/2022__                         /s/ Adrienne Peurifoy
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Juliet Leba<br>20 Duchess Drive<br>Sicklerville, NJ 08081<br><br>(Feygirl@gmail.com) | Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Christopher T. Campbell, Esquire<br>The Law Offices Christopher T. Campbell<br>1720 Route 34 - Suite 10<br>Wall Township, NJ 07727<br><br>(ccampbell@attorneychriscampbell.com) | Special Counsel | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

2