UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Juliet Leba,
Debtor

Case No.: 18-15955
Chapter: 13
Judge: Altenburg

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Juliet Leba__, __Chapter 13 Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:    Clerk, US Bankruptcy Court
Mitchell H. Cohen United States Courthouse
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew A. Altenburg__ on __April 19, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper St. 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor and her former husband, John Polkiewicz were the co-owners of 1 Anders Drive, Cherry Hill, NJ. This property was lost to foreclosure and Sheriff Sale. As a result of the Sheriff Sale there was a surplus balance of $48,691.40. Debtor has obtained a court order that she is entitled to these funds. Mr. Polkiewicz has already recovered one-half of the proceeds or approx. $24,375.70.

Nature of action continued: Debtor has retained the services of Christopher Campbell, Esq. to pursue the collection action. To date no money has been collected by the Debtor however once funds are collected, the payoff to Isabel C. Balboa, the Chapter 13 Trustee shall be delivered to Ms. Balboa's office to complete the Chapter 13 Plan. Any remaining net proceeds will belong to the Debtor.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman
Address: 412 White Horse Pike, Audubon, NJ 08106
Telephone No.: (856) 546-9696

rev.8/1/15