UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Juliet Leba,
Debtor(s)

Case No.: __18-15955__

Adv. No.: _____

Hearing Date: __4/12/22 at 10:00 AM__

Judge: __Altenburg__

## CERTIFICATION OF SERVICE

1. I, __Adrienne Peurifoy__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Eric J Clayman__, who represents the __Debtor(s)__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __3/22/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   NOTICE OF MOTION TO APPROVE DISBURSEMENTS FROM RECOVERY OF SURPLUS FUNDS AFTER SHERIFF SALE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 3/22/2022

/s/ Adrienne Peurifoy
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Juliet Leba<br>20 Duchess Drive<br>Sicklerville, NJ 08081<br><br>(Feygirl@gmail.com) | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Christopher T. Campbell, Esquire<br>The Law Offices Christopher T. Campbell<br>1720 Route 34 - Suite 10<br>Wall Township, NJ 07727<br><br>(ccampbell@attorneychriscampbell.com) | Special Counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| John Polkiewicz<br>161 W. Central Ave<br>Moorestown, NJ 08057<br><br>(cyberstability@outlook.com) | Former spouse of Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Mullen, Esquire<br>Mullen Law<br>1920 Fairfax Ave.<br>Cherry Hill, NJ 08003<br><br>(Mitchell@mmullenlaw.com) | Attorney for former spouse of Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |