UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Juliet Leba, Debtor

Case No.: 18-15955
Chapter: 13
Judge: Altenburg

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Juliet Leba__, __Chapter 13 Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:** Clerk, US Bankruptcy Court
Mitchell H. Cohen United States Courthouse
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew A. Altenburg__ on __April 19, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, 400 Cooper St. 4th Floor, Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Debtor and her former husband, John Polkiewicz were the co-owners of 1 Anders Drive, Cherry Hill, NJ. This property was lost to foreclosure and Sheriff Sale. As a result of the Sheriff Sale there was a surplus balance of $48,691.40. Debtor has obtained a court order that she is entitled to these funds. Mr. Polkiewicz has already recovered one-half of the proceeds or approx. $24,375.70.

**Nature of action continued:** Debtor has retained the services of Christopher Campbell, Esq. to pursue the collection action. To date no money has been collected by the Debtor however once funds are collected, the payoff to Isabel C. Balboa, the Chapter 13 Trustee shall be delivered to Ms. Balboa's office to complete the Chapter 13 Plan. Any remaining net proceeds will belong to the Debtor.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman

Address: 412 White Horse Pike, Audubon, NJ 08106

Telephone No.: (856) 546-9696

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Juliet H Leba  
    Debtor

Case No. 18-15955-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 22, 2022      Form ID: pdf905      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Juliet H Leba, 20 Duchess Drive, Sicklerville, NJ 08081-5654 |
| 517412666 | + | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 517572288 | + | Camden County MUA, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 517412670 | + | John Polkiewicz, 161 W. Central Avenue, Moorestown, NJ 08057-2433 |
| 517412669 | + | John Polkiewicz, c/o Camden County Probation Department, 161 W. Central Avenue, Moorestown, NJ 08057-2433 |
| 517412672 | + | Law Office of Karen Amacker, Esq, Price Professional Center, 1221 North Church Street, Suite 206, Moorestown, NJ 08057-1245 |
| 517412673 | + | Mr. Cooper Mortgage, c/o RAS Citron, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 517560509 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261 |
| 517606817 | | PSE&G, PO Box 14444, New Brunswick NJ 08906-4444 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 22 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 22 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 22 2022 20:34:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517412665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 20:36:01 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 517419671 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2022 20:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517412667 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2022 20:34:00 | Comentity Bank/Hot Topic, PO Box 182789, Columbus, OH 43218-2789 |
| 517412668 | + | Email/Text: ngisupport@radiusgs.com | Mar 22 2022 20:34:00 | GE Capital Retail Bank/Old Navy, c/o Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517958475 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2022 20:34:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517412671 | + | Email/Text: ngisupport@radiusgs.com | Mar 22 2022 20:34:00 | Laboratory Corp of America, c/o Central Credit Services, 9550 Regency Square, Suite 602, Jacksonville, FL 32225-8116 |
| 517571517 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2022 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 18-15955-ABA    Doc 73    Filed 03/24/22    Entered 03/25/22 00:12:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: pdf905 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517560509 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2022 20:34:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261 |
| 517450922 | + | Email/Text: RASEBN@raslg.com | Mar 22 2022 20:34:00 | Nationstar Mortgage, LLC, Robertson, Anschutz, & Schneid, P.L., 6409 Congress Ave.,, Suite 100, Boca Raton, FL 33487-2853 |
| 517412674 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 22 2022 20:34:00 | Plymouth Rock Assurance, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517412676 | | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 20:36:00 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 517412677 | | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 20:36:04 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517415748 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 20:36:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517412678 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 22 2022 20:34:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517514625 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2022 20:34:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517606816 | ##+ | New Jersey American Water, 1025 Laurel Oak Rd, Voorhees NJ 08043-3506 |
| 517412675 | ##+ | Rowan SOM Family Practice, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022        Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Juliet H Leba mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 22, 2022 | Form ID: pdf905 | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor Nationstar Mortgage LLC kbuttery@moodklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7