Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–15955–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliet H Leba
   aka Juliet H Polkiewicz, aka Huinhtram
   Leba, aka Huynh Tram Ba Le, aka
   Huinhtram Polkiewicz
   20 Duchess Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–6991

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Resolution of excess proceeds after Sheriff Sale.

Dated: April 13, 2022
JAN: lgr

Jeanne Naughton
Clerk