|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |  |
| In Re:<br><br>         Juliet Leba<br>           Debtor |  |

**Order Filed on April 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-15955-ABA

Adv. No.:

Hearing Date: April 12, 2022 at 10:00 AM

Judge: Andrew B. Altenburg

### ORDER TO APPROVE DISBURSEMENTS FROM COLLECTION ACTION RELATED TO SURPLUS FUNDS AS A RESULT OF SHERIFF SALE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 12, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the court upon the motion of Jenkins & Clayman, attorneys for the debtor and a notice of settlement of controversy having been filed with the Clerk of the United States Bankruptcy Court and this motion having been filed and served upon all interest parties and for good cause having been shown it is:

**ORDERED and ADJUDGED** that:

1. Once Christopher T. Campbell, Esquire recovers funds from the surplus of proceeds from the Sheriff Sale of 1 Anders Drive, Cherry Hill, NJ 08003, the amount necessary to payoff Isabel C. Balboa, Chapter 13 Trustee shall be remitted to Ms. Balboa's office. No further disbursements shall be made until Ms. Balboa receives her payoff.

2. Thereafter, Jenkins and Clayman shall be paid upon proper fee application and modified plan, if necessary. ~~in accordance with a subrogate court order.~~

3. Thereafter all further disbursements shall be made in the ordinary course.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15955-ABA |
| Juliet H Leba | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juliet H Leba, 20 Duchess Drive, Sicklerville, NJ 08081-5654 |
| aty | + Christopher T. Campbell, 1720 Route 34, Suite 10, Wall, NJ 07727-3991 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Juliet H Leba mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor Nationstar Mortgage LLC kbuttery@moodklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf903 | Total Noticed: 2 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7