Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15955−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliet H Leba
   aka Juliet H Polkiewicz, aka Huinhtram
   Leba, aka Huynh Tram Ba Le, aka
   Huinhtram Polkiewicz
   20 Duchess Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6991

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       7/14/22
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 4/12/2022 to 4/19/2022.

COMMISSION OR FEES
fee: $1,501.00.

EXPENSES
expenses: $9.75.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 31, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-15955-ABA
Juliet H Leba  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: May 31, 2022   Form ID: 137   Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juliet H Leba, 20 Duchess Drive, Sicklerville, NJ 08081-5654 |
| sp | + | Christopher T. Campbell, 1720 Route 34, Suite 10, Wall, NJ 07727-3991 |
| 517412666 | + | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 517572288 | + | Camden County MUA, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 517412670 | + | John Polkiewicz, 161 W. Central Avenue, Moorestown, NJ 08057-2433 |
| 517412669 | + | John Polkiewicz, c/o Camden County Probation Department, 161 W. Central Avenue, Moorestown, NJ 08057-2433 |
| 517412672 | + | Law Office of Karen Amacker, Esq, Price Professional Center, 1221 North Church Street, Suite 206, Moorestown, NJ 08057-1245 |
| 517412673 | + | Mr. Cooper Mortgage, c/o RAS Citron, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2022 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2022 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 31 2022 22:05:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave. suite # 100, Boca Raton, FL 33487-2853 |
| 517412665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2022 22:12:31 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 517419671 | + | Email/Text: bankruptcy@cavps.com | Jun 01 2022 09:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517412667 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2022 22:05:00 | Comenity Bank/Hot Topic, PO Box 182789, Columbus, OH 43218-2789 |
| 517412668 | + | Email/Text: ngisupport@radiusgs.com | May 31 2022 22:05:00 | GE Capital Retail Bank/Old Navy, c/o Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517958475 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2022 22:05:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517412671 | + | Email/Text: ngisupport@radiusgs.com | May 31 2022 22:05:00 | Laboratory Corp of America, c/o Central Credit Services, 9550 Regency Square, Suite 602, Jacksonville, FL 32225-8116 |
| 517571517 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2022 22:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517560509 | | Email/Text: nsm_bk_notices@mrcooper.com | May 31 2022 22:05:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO |

Case 18-15955-ABA    Doc 84    Filed 06/02/22    Entered 06/03/22 00:13:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: 137 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261 |
| 517450922 | + | Email/Text: RASEBN@raslg.com | May 31 2022 22:05:00 | Nationstar Mortgage, LLC, Robertson, Anschutz, & Schneid, P.L., 6409 Congress Ave.,, Suite 100, Boca Raton, FL 33487-2853 |
| 517606817 | ^ | MEBN | May 31 2022 22:02:20 | PSE&G, PO Box 14444, New Brunswick NJ 08906-4444 |
| 517412674 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2022 22:05:00 | Plymouth Rock Assurance, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517412676 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2022 22:12:21 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 517412677 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2022 22:12:31 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517415748 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2022 22:12:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517412678 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 31 2022 22:05:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517514625 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 31 2022 22:05:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Christopher T. Campbell, 1720 Route 34, Suite 10, Wall, NJ 07727-3991 |
| 517606816 | ##+ | New Jersey American Water, 1025 Laurel Oak Rd, Voorhees NJ 08043-3506 |
| 517412675 | ##+ | Rowan SOM Family Practice, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Juliet H Leba mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 31, 2022 | Form ID: 137 | Total Noticed: 27 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin M. Buttery
    on behalf of Creditor Nationstar Mortgage LLC kbuttery@moodklaw.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7