Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15955−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Juliet H Leba
  aka Juliet H Polkiewicz, aka Huinhtram
  Leba, aka Huynh Tram Ba Le, aka
  Huinhtram Polkiewicz
  20 Duchess Drive
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−6991

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 14, 2022         Andrew B. Altenburg Jr.
                                 Judge, United States Bankruptcy Court